*fee due*

Roberto A. Aviles
NAME
CDCR# F-58563
PRISON IDENTIFICATION/BOOKING NO.
Sierra Conservation Center
ADDRESS OR PLACE OF CONFINEMENT

Note: It is your responsibility to notify the Clerk of Court in writing of any change of address. If represented by an attorney, provide his name, address, telephone and facsimile numbers, and e-mail address.

FILED
CLERK, U.S. DISTRICT COURT
NOV - 1 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

530

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Roberto A. Aviles
FULL NAME (Include name under which you were convicted)
                                                Petitioner,

v.

Matthew Cate, Secretary of CDCR
NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER
                                                Respondent.

CASE NUMBER:
CV  5:CV10-1684-DDP(MAN)
To be supplied by the Clerk of the United States District Court

☐ _____ AMENDED

**PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254**

PLACE/COUNTY OF CONVICTION  San Bernardino
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(List by case number)
CV _____
CV _____

## INSTRUCTIONS - PLEASE READ CAREFULLY

1. To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2. In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge the judgment entered by a different California state court, you must file a separate petition.

3. Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4. Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5. You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

5. You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

6. When you have completed the form, send the original and two copies to the following address:
   Clerk of the United States District Court for the Central District of California
   United States Courthouse
   ATTN: Intake/Docket Section
   312 North Spring Street
   Los Angeles, California 90012

LODGED
CLERK, U.S. DISTRICT COURT
OCT 25 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)

Page 1 of 10

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☒ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☐ a parole problem.
4. ☐ other.

## PETITION

1. Venue
   a. Place of detention ___Sierra Conservation Center___
   b. Place of conviction and sentence ___Fontana, San Bernardino County___

2. Conviction on which the petition is based (*a separate petition must be filed for each conviction being attacked*).
   a. Nature of offenses involved (*include all counts*): ___Continous Sesual Abuse of a Minor and Lewd and lascivious Acts on a Child___

   b. Penal or other code section or sections: ___1) PC 288.5 and 2) PC 288(a)___

   c. Case number: ___FVA 026689___
   d. Date of conviction: ___December 28, 2006___
   e. Date of sentence: ___February 1, 2007___
   f. Length of sentence on each count: ___1) 12 years and 2) 1/3 mid /2 years___

   g. Plea (*check one*):
      ☒ Not guilty
      ☐ Guilty
      ☐ Nolo contendere

   h. Kind of trial (*check one*):
      ☒ Jury
      ☐ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?  ☒ Yes  ☐ No
   If so, give the following information for your appeal (*and attach a copy of the Court of Appeal decision if available*):
   a. Case number: ___E0342535___
   b. Grounds raised (*list each*):
      (1) ___Petitioner is entitled to an order to show cause and an evidentiary hearing to prove allegation that defense counsel had a conflict of interest.___

    (2) Defense counsel's status as a child molest victim with an admitted bias, created a conflict of interest which denied appellant the effective assistance of counsel.
    (3)
    (4)
    (5)
    (6)
  c. Date of decision: 08-14-2008
  d. Result: Affirmed

4. If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision? ☒ Yes ☐ No

If so give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:

  a. Case number: S166759
  b. Grounds raised *(list each)*:
    (1) Petitioner is entitled to an order to show cause and an evidentiary hearing to prove allegation that defense counsel had a conflict
    (2) Defense counsel's status as a child molest victim with an admitted bias, created a conflict of interest which denied appellant the effective assistance.
    (3)
    (4)
    (5)
    (6)
  c. Date of decision: Denied
  d. Result: 11-24-08

5. If you did not appeal:
  a. State your reasons
  b. Did you seek permission to file a late appeal?  ☐ Yes  ☐ No

6. Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction? ☒ Yes ☐ No

If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

a. (1) Name of court: Superior Court of California County of San Bernardino
   (2) Case number: unknown
   (3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): on or about March, 07
   (4) Grounds raised (list each):
       (a) Cunningham Error
       (b)
       (c)
       (d)
       (e)
       (f)
   (5) Date of decision: unknown
   (6) Result: Denied

   (7) Was an evidentiary hearing held?  ☐ Yes  ☒ No

b. (1) Name of court: California Court of Appeal, Fourth Appellate District Div. Two
   (2) Case number: unknown
   (3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): on or about May, 07
   (4) Grounds raised (list each):
       (a) Cunningham Error
       (b)
       (c)
       (d)
       (e)
       (f)
   (5) Date of decision: unknown
   (6) Result: Denied

   (7) Was an evidentiary hearing held?  ☐ Yes  ☒ No

c. (1) Name of court: California Supreme Court
   (2) Case number: unknown
   (3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): on or about June, 07
   (4) Grounds raised (list each):
       (a) Cunningham Error
       (b)

(c) _____
(d) _____
(e) _____
(f) _____

(5) Date of decision: __unknown__
(6) Result __Denied__

(7) Was an evidentiary hearing held?   ☐ Yes   ☒ No

7. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the <u>facts</u> supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

   CAUTION:   *Exhaustion Requirement*: In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present <u>all</u> of your grounds to the California Supreme Court.

   a. Ground one: __See Memorandum of Points and Authorities incorporated__

      (1) Supporting FACTS: __See Memorandum of Points and Authorities incorporated__

      (2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☒ Yes   ☐ No
      (3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☒ Yes   ☐ No
      (4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☒ Yes   ☐ No

   b. Ground two: __See Memorandum of Points and Authorites incorporated__

      (1) Supporting FACTS: __See memorandum of Points and Authorities incorporated__

      (2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☒ Yes   ☐ No
      (3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☒ Yes   ☐ No

a. (1) Name of court: Superior Court of California, San Bernardino County
   (2) Case number: WHCSS900352
   (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: 09-03-09
   (4) Grounds raised *(list each)*:
   (a) See Memorandum of Points and Authorities Ground III, incorporated
   (b) See Memorandum of Points and Authorities Ground IV, incorporated
   (c) See Memorandum of Points and Authorities Ground V, incorporated
   (d) See Memorandum of Points and Authorities Ground VI, incorporated
   (e)
   (f)
   (5) Date of decision: 9-25-09
   (6) Result: Denied

   (7) Was an evidentiary hearing held?  ☐ Yes  ☒ No

b. (1) Name of court: California Court of Appeal, Fourth Appellate Dist.
   (2) Case number: E049467
   (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: On or About Oct. 09
   (4) Grounds raised *(list each)*:
   (a) See Memorandum of Points and Authorities Ground III, incorporated
   (b) See Memorandum of Points and Authorities Ground IV, incorporated
   (c) See Memorandum of Points and Authorities Ground V, incorporated
   (d) See Memorandum of Points and Authorities Ground VI, incorporated
   (e)
   (f)
   (5) Date of decision:
   (6) Result: Denied

   (7) Was an evidentiary hearing held?  ☐ Yes  ☒ No

c. (1) Name of court: California Supreme Court
   (2) Case number: S178723
   (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: 12-14-09
   (4) Grounds raised *(list each)*:
   (a) See memorandum of Points and Authorities Ground III, incorporated
   (b) See Memorandum of Points and Authorities Ground IV, incorporated

  (c) See Memorandum of Points and Authorities Ground V, incorporated
  (d) See Memorandum of Points and Authorities Ground VI, incorporated
  (e) _____
  (f) _____

(5) Date of decision: 7-02-10
(6) Result: Denied

(7) Was an evidentiary hearing held?   ☐ Yes   ☒ No

7. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the <u>facts</u> supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

**CAUTION:** *Exhaustion Requirement*: In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present <u>all</u> of your grounds to the California Supreme Court.

a. Ground one: _____

(1) Supporting FACTS: _____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes   ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐ Yes   ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes   ☐ No

b. Ground two: _____

(1) Supporting FACTS: _____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes   ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐ Yes   ☐ No

  (4) Did you raise this claim in a habeas petition to the California Supreme Court? ☒ Yes ☐ No

 c. Ground three: See Memorandum of Points and Authorities incorporated

  (1) Supporting FACTS: See Memorandum of Points and Authorities incorporated

  (2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☒ No
  (3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☒ No
  (4) Did you raise this claim in a habeas petition to the California Supreme Court? ☒ Yes ☐ No

 d. Ground four: See Memorandum of Points and Authotires incorporated

  (1) Supporting FACTS: See Memorandum of Points and Authotires incorporated

  (2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☒ No
  (3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☒ No
  (4) Did you raise this claim in a habeas petition to the California Supreme Court? ☒ Yes ☐ No

 e. Ground five: See Memorandum of Points and Authorities incorporated

  (1) Supporting FACTS: See Memorandum of Point and Authorities

  (2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☒ No
  (3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☒ No
  (4) Did you raise this claim in a habeas petition to the California Supreme Court? ☒ Yes ☐ No

8. If any of the grounds listed in paragraph 7 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: _____
_____
_____

9. Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction?
   ☐ Yes   ☒ No

   If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

   a. (1) Name of court: _____
      (2) Case number: _____
      (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
      (4) Grounds raised *(list each)*:
         (a) _____
         (b) _____
         (c) _____
         (d) _____
         (e) _____
         (f) _____
      (5) Date of decision: _____
      (6) Result _____
      _____
      (7) Was an evidentiary hearing held?   ☐ Yes   ☐ No

   b. (1) Name of court: _____
      (2) Case number: _____
      (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
      (4) Grounds raised *(list each)*:
         (a) _____
         (b) _____
         (c) _____
         (d) _____
         (e) _____
         (f) _____
      (5) Date of decision: _____
      (6) Result _____

(7) Was an evidentiary hearing held?  ☐ Yes  ☐ No

10. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction?  ☐ Yes  ☒ No

    If so, give the following information *(and attach a copy of the petition if available)*:

    (1) Name of court: _____

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

    (a) _____
    (b) _____
    (c) _____
    (d) _____
    (e) _____
    (f) _____

11. Are you presently represented by counsel?  ☐ Yes  ☒ No

    If so, provide name, address and telephone number: _____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding,

_____
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on  10-18-10                    [signature]
             Date                        *Signature of Petitioner*

SUPERIOR COURT
COUNTY OF SAN BERNARDINO
Department No. S-12
351 North Arrowhead Avenue
San Bernardino, California 92415-0240



FILED
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

SEP 2 4 2009

By _____
Deputy

# IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN BERNARDINO

### SAN BERNARDINO DISTRICT

In re the Petition of ) Case No. WHCSS 0900352
)
ROBERTO A. AVILES, ) ORDER DENYING PETITION
) FOR WRIT OF HABEAS CORPUS
For Writ of Habeas Corpus. )

    The Petition of ROBERTO A. AVILES, for Writ of Habeas Corpus was filed in this Court on September 3, 2009. Therein, Petitioner contends ineffective assistance of his trial counsel and conflict of interest.

    Petitioner finds himself in state prison after being convicted by a jury for continual sexual abuse of a minor child and lewd act committed on a child under the age of 14 years. Petitioner was sentenced to a term of 14 years in state prison. Thereafter, an Appeal was filed in the Fourth District, Division Two, Court of Appeal. By way of written Opinion filed August 14, 2008, Petitioner's conviction was affirmed. In addition to the direct Appeal, the Court of Appeal also entertained Petitioner's Application for Writ of Habeas Corpus. The Court has reviewed the Opinion and the Writ of Habeas Corpus, which was denied by the Fourth District, Division Two, Court of Appeal, entertained Petitioner's claims of ineffective assistance of trial counsel and conflict of interest.

    Petitioner has provided this Court with no new information regarding his claim. The burden is on the Petitioner to provide the Court with facts to support his contentions. Petitioner has failed to provide this Court with anything new, which would

1 justify the assurance of an Order to Show Cause, let alone the granting of a Writ of
2 Habeas Corpus.
3     Petitioner has raised this issue during his Writ of Habeas Corpus at the Court of
4 Appeal and it was denied. It is denied once again. The Petition for Writ of Habeas
5 Corpus is denied.
6     Dated this 24 day of September 2009.

BRIAN S. McCARVILLE
Judge of the Superior Court

COURT OF APPEAL -- STATE OF CALIFORNIA
FOURTH DISTRICT
DIVISION TWO

ORDER



FILED NOV 1 2 2009
COURT OF APPEAL FOURTH DISTRICT

In re ROBERTO A. AVILES

on Habeas Corpus.

E049467

(Super.Ct.Nos. FVA026689 & WHCSS0900352)

The County of San Bernardino

THE COURT

The petition for writ of habeas corpus is DENIED.

KING
_____
Acting P.J.

cc: See attached list



COPY

S178723

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

---

In re ROBERTO A. AVILES on Habeas Corpus.

---

The petition for writ of habeas corpus is denied. (See *In re Clark* (1993) 5 Cal.4th 750.)

SUPREME COURT
FILED

JUN 30 2010

Frederick K. Ohlrich Clerk

_____
Deputy

_____
**GEORGE**
*Chief Justice*