UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT A. AVILES,                ) NO. EDCV 10-1684-DDP (MAN)
                                 )
          Petitioner,            )
                                 )
     v.                          ) JUDGMENT
                                 )
MATTHEW CATE,                    )
                                 )
          Respondent.            )
_____)

   Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: June 11, 2012 .

                                     /s/ Dean D. Pregerson
                                     _____
                                       DEAN D. PREGERSON
                                     UNITED STATES DISTRICT JUDGE