**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT A. AVILES,<br><br>         Petitioner,<br><br>    v.<br><br>MATTHEW CATE,<br><br>         Respondent. | ) NO. EDCV 10-1684-DDP (MAN)<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: June 11, 2012.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE